No. 78–6236.  EDWARDS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 78–6286.  STOWE *v.* DEVOY, U. S. MARSHAL.  C. A. 2d Cir.  Certiorari denied.

No. 78–6287.  LUNDY *v.* WARDEN, EL RENO FEDERAL CORRECTIONAL INSTITUTION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–6294.  JACKSON *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 78–6335.  FLEMING *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–6337.  BRENNEMAN *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 78–6422.  SEWARD *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–6428.  MINER *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 2d Cir.  Certiorari denied.

No. 78–6437.  POWERS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78–6447.  BREEST *v.* NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.

No. 78–6450.  LYMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–6466.  GRANT *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.